NO. 07-06-0013-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

MARCH 24, 2006

_____


IN THE MATTER OF THE MARRIAGE OF
WESLEY SHERMAN WOOD AND BRENDA SUE WOOD
AND IN THE INTEREST OF WHITNEY SHAWN WOOD, A CHILD,


_____

FROM THE 181ST DISTRICT COURT OF RANDALL COUNTY;

NO. 56,998-B; HONORABLE JOHN BOARD, JUDGE

_____

Before REAVIS and CAMPBELL, JJ. and BOYD, S.J.[1]


**MEMORANDUM OPINION**


Pending before this Court is appellant Brenda Sue Wood's motion to dismiss this

appeal. *See* Tex. R. App. P. 42.1(a)(1). Per the certificate of conference, appellee Wesley

Sherman Wood does not oppose the motion. We grant the motion, and per the motion,

costs are to be assessed against the party incurring them. Having dismissed the appeal

_____

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.

at Brenda Sue Wood's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

                        Don H. Reavis
                          Justice